# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

158062

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LESLIE JAMES RAHM, JR.,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158062
COA: 342810
Kent CC: 17-005257-FH

By order of December 4, 2018, the application for leave to appeal the May 22, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Dixon-Bey* (Docket No. 156746). On order of the Court, leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



Clerk

a1218